# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-DAM, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT FRAZIER. <br><br> Defendants. | 1:20-cv-00408 NONE SKO <br><br> NEW CASE NUMBER: <br><br> **1:20-cv-00408 SKO** <br><br> **ORDER REASSIGNING CASE** |

All parties having executed consent forms, it is ordered that this matter be reassigned from the Unassigned District Judge docket to the docket of United States Magistrate Judge Sheila K. Oberto, for all purposes including trial and entry of Judgment.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1:20-cv-00408 SKO**

IT IS SO ORDERED.

Dated:  **June 22, 2020**                            /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE

1