DOWNEY BRAND LLP
MATTHEW J. WEBER (Bar No. 227314)
DAVID M. FOX (Bar No. 305147)
3425 Brookside Road, Suite A
Stockton, CA  95219-1757
Telephone:	(209) 473-6450
Facsimile:	(209) 473-6455
mweber@downeybrand.com
dfox@downeybrand.com

Attorneys for Plaintiff
TRI-DAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TRI-DAM,<br><br>             Plaintiff,<br><br>    v.<br><br>SCOTT FRAZIER,<br><br>             Defendant. | Case No. 1:20-cv-00408-SKO<br><br>**ORDER TO CONTINUE DEADLINE TO COMPLETE NON-EXPERT DISCOVERY**<br><br>(Doc. 18.)<br><br>Date Filed:    March 17, 2020<br>Trial Date:    November 30, 2021<br><br>Judge:           Hon. Sheila K. Oberto |

On February 22, 2021, the Parties filed a Stipulation to Continue Deadline to Complete Non-Expert Discovery (the "Stipulation"), seeking to continue the non-expert discovery deadline from February 26, 2021, to May 28, 2021.  (Doc. 18.)  Pursuant to the Stipulation, and for good cause shown, the Court GRANTS the parties' request, and the non-expert discovery deadline is CONTINUED to May 28, 2021.  All other dates and deadlines shall remain as set in the Scheduling Order (Doc. 13).

IT IS SO ORDERED.

Dated:    **February 23, 2021**                              /s/ *Sheila K. Oberto*
                                                                                UNITED STATES MAGISTRATE JUDGE

1699961v1

1

ORDER