DOWNEY BRAND LLP
MATTHEW J. WEBER (Bar No. 227314)
DAVID M. FOX (Bar No. 305147)
3425 Brookside Road, Suite A
Stockton, CA 95219-1757
Telephone: (209) 473-6450
Facsimile: (209) 473-6455
mweber@downeybrand.com
dfox@downeybrand.com

Attorneys for Plaintiff
TRI-DAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TRI-DAM, | CASE NO. 1:20-cv-00408-SKO |
| Plaintiff, | **ORDER STAYING DISCOVERY AND EXTENDING DEADLINE TO FILE DISPOSITIVE MOTION** |
| v. | (Doc. 25) |
| SCOTT FRAZIER | Date Filed: March 17, 2020 |
| Defendant. | Trial Date: November 30, 2021 |
| | Judge: Hon. Sheila K. Oberto |

On May 26, 2021, the Parties filed a Stipulation to Stay Discovery and Extend Deadline to File Dispositive Motion (the "Stipulation"). (Doc. 25.) Having reviewed the Stipulation, and for good cause shown, the Court hereby ORDERS as follows:

1. The deadline to file dispositive motions is extended to July 14, 2021;

2. All discovery is STAYED pending the Court's ruling on Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (the "Motion to Dismiss") (Doc. 23);

3. If the Motion to Dismiss is denied, then the non-expert discovery deadline, currently set for May 28, 2021, is extended solely for Defendant's deposition to be taken in person on or before July 6, 2021, and for Plaintiff to serve its responses to Defendant's

Interrogatories, Requests for Admission, and Requests for Production by July 2, 2021; and

4. All remaining deadlines shall be governed by the Court's June 24, 2020, Scheduling Order (Doc. 13).

IT IS SO ORDERED.

Dated: __**May 26, 2021**__                                    /s/ *Sheila K. Oberto*
                                                               UNITED STATES MAGISTRATE JUDGE