1  DOWNEY BRAND LLP
   MATTHEW J. WEBER (Bar No. 227314)
2  DAVID M. FOX (Bar No. 305147)
   3425 Brookside Road, Suite A
3  Stockton, CA  95219-1757
   Telephone:     (209) 473-6450
4  Facsimile:     (209) 473-6455
   mweber@downeybrand.com
5  dfox@downeybrand.com

6  Attorneys for Plaintiff
   TRI-DAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TRI-DAM,<br><br>           Plaintiff,<br><br>v.<br><br>SCOTT FRAZIER<br><br>           Defendant. | CASE NO.  1:20-cv-00408-SKO<br><br>**ORDER**<br><br>**(Doc. 31)**<br><br>Date Filed:     March 17, 2020<br>Trial Date:      November 30, 2021<br><br>Judge:          Hon. Sheila K. Oberto |

On July 1, 2021, the Parties to this action filed a Stipulation for a Limited Extension of the Non-Expert Discovery Cutoff and to Extend the Dispositive Motion Filing and Hearing Deadline in the Event of the Court's Denial of Defendant's Motion to Dismiss (Doc. 31), which is APPROVED.  Based upon the Parties' Stipulation, and good cause appearing therefor, the Court rules as follows:

Discovery is and shall remain STAYED pending the Court's ruling on Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (the "Motion to Dismiss");

**The deadline to file dispositive motions shall be extended to a date that is thirty (30) days following the Court's ruling on the Motion to Dismiss**. In the event such deadline falls on a weekend or Court holiday, the operative deadline shall fall on the next Court day;

The current hearing deadline for dispositive motions of August 11, 2021, is **VACATED and shall be reset by the Court, along with the dispositive motion filing date, in the event of a denial of Defendant's Motion to Dismiss**;

In the event the Court denies the Motion to Dismiss, **the non-expert discovery deadline shall be extended solely for Defendant's deposition to be taken in person, and for Plaintiff to serve its responses to Defendant's Interrogatories, Requests for Admission, and Requests for Production, both of which shall occur within fourteen (14) days of the Court's ruling**. In the event that such deadline falls on a weekend or Court holiday, the operative deadline shall fall on the next Court day; and

All remaining deadlines shall be governed by the Court's June 24, 2020, Scheduling Order (Doc. 13).

IT IS SO ORDERED.

Dated: **July 2, 2021**                    /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE

2
ORDER